THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MATT KILLOUGH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GABRIEL POWER, et al.<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:23-cv-00720-DBB<br><br>District Judge David Barlow |

　　　　On October 26, 2023, the Court ordered Plaintiff to within thirty days file a compliant motion for leave to proceed *in forma pauperis*, or face dismissal (ECF No. 3.) The Court then extended Plaintiff's time to file until December 27, 2023. (ECF No. 7.) When Plaintiff still did not respond, on January 3, 2024, the Court ordered Plaintiff to within thirty days show cause why this case should not be dismissed. (ECF No. 10.) Since December 6, 2023--more than two months ago--Plaintiff has not submitted a compliant motion or anything else.[1]

　　　　IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

　　　　DATED this 14th day of February 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID BARLOW
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] A letter from a different inmate was filed on December 8, 2023. (ECF No. 9.)